# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-515 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| KEVIN ROY WOODS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Supervised Release Violation

<u>Date of Detention Hearing</u>: October 9, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant is in custody pursuant to a bench warrant from the United States District Court for the District of Oregon. He is charged with violation of the conditions of

supervised release.

(2) Defendant was not interviewed by Pretrial Services. There is incomplete and unverified background information available. The alleged violations include new law violations, failure to submit to drug testing, failure to participate in mental health treatment, and leaving the judicial district without permission.

(3) There is a presumption of detention when defendant is charged with violation of the conditions of supervised release.

(4) There does not appear to be any condition or combination of conditions that will overcome the presumption at this time.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

01         Pretrial Services Officer.

02     DATED this 9th day of October, 2009.

03

04                                 Mary Alice Theiler
                                United States Magistrate Judge

DETENTION ORDER                                           15.13
18 U.S.C. § 3142(i)                                        Rev. 1/91
PAGE 3